IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMISON JONES, )
)
    Plaintiff, )
v. ) Civil Action No. 3:15CV628–HEH
)
B. ULEP, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION
(Dismissing Civil Rights Action Without Prejudice)

Plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, brings this action. On June 27, 2016, Defendants filed a Motion to Dismiss. Despite the provision of notice pursuant to *Roseboro v. Garrison*, 528 F.3d 309 (4th Cir. 1975), Plaintiff did not respond. The Court has not received any correspondence from Plaintiff since December 2015.[1] Because it appeared that Plaintiff lacked any interest in prosecuting the action, by Memorandum Order entered on January 12, 2017, the Court directed Plaintiff, to notify the Court, within eleven days, of his desire to continue with this action. The Court warned that if Plaintiff failed to respond, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than eleven days have passed since the entry of the January 12, 2017, Memorandum Order. Plaintiff has not responded. Accordingly, the action will be dismissed without prejudice.

---

[1] The Court received payments towards his filing fee from the institution until September 2016 when he had paid the fee in full.

An appropriate Order shall issue.

                                                          /s/

                                     HENRY E. HUDSON

Date: Jan. 31, 2017                   UNITED STATES DISTRICT JUDGE
Richmond, Virginia

2